UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, M.G.C., by and through his next friend August Cabrera, R.X.C., by and through his next friend August Cabrera, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*, <br><br> Defendants. | Case No. 19-cv-03833 (EGS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Vern Cassin, a member of the firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendant Black & Veatch Special Projects Corporation and request that I be served with all future filings.

Dated: Washington, D.C.
January 24, 2020

By: /s/ Vern Cassin
Vern Cassin
700 K Street, N.W.
Washington, D.C. 20001
Tel.: (202) 639-7700
Fax: (202) 639-7890
vern.cassin@bakerbotts.com

*Attorney for Defendant Black & Veatch Special Projects Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2020, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the clerk of the court of the United States District Court, District of Columbia, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Vern Cassin*
Vern Cassin