IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AUGUST CABRERA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-03833 (EGS) |
| BLACK & VEATCH SPECIAL PROJECTS CORPORATION, et al., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FOR SERVICE OF PROCESS UPON MTN GROUP LIMITED**

**TO THE APPROPRIATE JUDICIAL AUTHORITY IN SOUTH AFRICA:**

The United States District Court for the District of Columbia presents its compliments to the Appropriate Judicial Authority in South Africa, and respectfully requests international judicial assistance to effect service of process upon South African Defendant MTN GROUP LIMITED in connection with a proceeding currently pending before this Court.

**NATURE AND PURPOSE OF THE PROCEEDINGS**

Plaintiffs ask this Court to serve the Summons in a Civil Action, Complaint, and Judge Emmet G. Sullivan's Standing Order upon the South African Defendant MTN GROUP LIMITED in connection with the above case alleging violation of the Anti-Terrorism Act, 18 U.S.C. § 2333 *et seq*.

**ALLEGATIONS AND RELIEF SOUGHT BY THE PLAINTIFFS**

Plaintiffs allege that the named Defendants have violated the Anti-Terrorism Act by knowingly or recklessly financing terrorism by paying protection money to the Taliban, and by deactivating their transmission masts at the Taliban's request. They allege that this

1

conduct caused injurious and fatal terrorist attacks against Americans, including Plaintiffs. Plaintiffs seek compensatory and punitive damages.

## DEFENDANT'S LOCATION

It has been represented to this Court that Defendant **MTN GROUP LIMITED** is an entity organized under South African law and domiciled at the following address:

**MTN GROUP LIMITED**
**216 -14TH AVENUE**
**FAIRLAND**
**ROODEPOORT, SOUTH AFRICA**

## ASSISTANCE REQUESTED

This Court respectfully requests that South African judicial authorities:

1. Cause one copy of the following documents, appended hereto in English:

    - SUMMONS IN A CIVIL ACTION

    - COMPLAINT FOR VIOLATION OF THE ANTI-TERRORISM ACT

    - STANDING ORDER GOVERNING CIVIL CASES BEFORE JUDGE EMMET G. SULLIVAN

. . . to be served upon **MTN GROUP LIMITED** at the above-indicated address, in the manner prescribed for the service of similar documents under the laws of South Africa;

2. In the event that the defendant cannot be found at that address, locate them by using whatever databases might be available to judicial officials in South Africa;

3. Cause the person who serves the documents upon the defendant to execute an affidavit of service as prescribed by South African law; and

4. Return through diplomatic channels to Plaintiffs' counsel's international litigation support firm, Viking Advocates, LLC, 6525 Charlotte Street, Kansas City, Missouri 64131,

United States of America, the affidavit of service and copy of the documents which were served.

If service cannot be effected at the addresses provided, this Court respectfully requests judicial assistance to effect service by any means permitted under South African law.

This Court, through Plaintiffs, are willing to reimburse any expenses incurred by any South African judicial authority in executing this Letter of Request.

The courts of the United States are authorized by statute, Title 28, United States Code, Section 1696, to extend similar assistance to the Tribunals of South Africa in like cases.

This Court extends to the judicial authorities of South Africa the assurances of its highest consideration.

                                              Respectfully Requested,

Dated: _____, 2020           _____
                                            The Honorable Emmet G. Sullivan
                                            United States District Judge for the
                                                District of Columbia
                                            333 Constitution Avenue, N.W.
                                            Washington, D.C. 20001
                                            United States of America
                                            Tel.: +1 (202) 354-3000

(SEAL OF THE COURT)