**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUGUST CABRERA *et al.*,

        Plaintiffs,

      v.

BLACK & VEATCH SPECIAL PROJECTS
CORPORATION *et al.*,

        Defendants.

Case No. 19-cv-03833 (EGS)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Janus Global Operations LLC, by and through its undersigned counsel, Kenneth L. Wainstein, a member of the Bar of this Court, respectfully move that Adam G. Mehes be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.      Mr. Mehes is a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; telephone (212) 450-4398.

2.      As set forth in the Declaration of Mr. Mehes accompanying this motion, Mr. Mehes is a member in good standing of the New York State Bar.  Mr. Mehes is also a member in good standing of the U.S. Court of Appeals for the Second Circuit and the U.S. District Court for the Southern District of New York.  He has not been disciplined by any bar.

3.      Mr. Mehes has not been admitted *pro hac vice* in this Court in the past two years.

2

WHEREFORE, Janus Global Operations LLC, by and through its undersigned counsel, move that this Court enter an Order permitting Adam G. Mehes to appear *pro hac vice* in the above-captioned action.

Dated:  Washington, D.C.  
       January 24, 2020

DAVIS POLK & WARDWELL LLP

By: */s/ Kenneth L. Wainstein*  
     Kenneth L. Wainstein  
     (D.C. Bar No. 451058)

901 15th Street, N.W.  
Washington, D.C. 20005  
(202) 962-7141  
ken.wainstein@davispolk.com

*Counsel for Defendant Janus Global Operations LLC*

2

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on January 24, 2020, I caused to be filed a copy of the foregoing Motion for Admission *Pro Hac Vice* to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ *Kenneth L. Wainstein*
Kenneth L. Wainstein
(D.C. Bar No. 451058)

3