**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUGUST CABRERA *et al.*,

          Plaintiffs,

      v.

BLACK & VEATCH SPECIAL PROJECTS
CORPORATION *et al.*,

          Defendants.

Case No. 19-cv-03833 (EGS)

## DECLARATION OF ADAM G. MEHES

I, Adam G. Mehes, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; telephone (212) 450-4398.

3. I am admitted, practicing, and in good standing as a member of the New York State Bar. I am also a member in good standing of the U.S. Court of Appeals for the Second Circuit and the U.S. District Court for the Southern District of New York.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY
           January 24, 2020

Adam G. Mehes