IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BLACK & VEATCH SPECIAL PROJECTS CORPORATION *et al.*, <br><br> Defendants. | Case No. 19-cv-03833 (EGS) |

**CERTIFICATE REQUIRED BY LCvR 7.1 AND 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA <u>OF DEFENDANT JANUS GLOBAL OPERATIONS LLC</u>**

I, the undersigned, counsel of record for Janus Global Operations LLC, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Janus Global Operations LLC that have any outstanding securities in the hands of the public. Janus Global Operations LLC is a wholly owned subsidiary of Caliburn International LLC.

These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated: Washington, D.C.<br>January 24, 2020 | DAVIS POLK & WARDWELL LLP<br><br>By: */s/ Kenneth L. Wainstein*<br>    Kenneth L. Wainstein<br>    (D.C. Bar No. 451058)<br><br>901 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 962-7141<br>ken.wainstein@davispolk.com<br><br>*Counsel for Defendant Janus Global Operations LLC* |

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on January 24, 2020, I caused to be filed a copy of the foregoing Certificate Required by LCvR 7.1 and 26.1 of the Local Rules of the United District Court for the District of Columbia to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

*/s/ Kenneth L. Wainstein*
Kenneth L. Wainstein
(D.C. Bar No. 451058)
