**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
|  v. | ) Case No. 1:19-cv-03833 (EGS) |
| | ) |
| BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*, | ) |
| | ) |
|    *Defendants*. | ) |
| | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for The Louis Berger Group, Inc. and Louis Berger International, Inc.

Date:  January 24, 2020

Respectfully submitted,

/s/ *K. Winn Allen*
K. Winn Allen (D.C. Bar No. 1000590)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-5078
Facsimile: (202) 389-5200
winn.allen@kirkland.com

*Attorney for The Louis Berger Group, Inc. and Louis Berger International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of January 2020, a copy of the foregoing Appearance of Counsel was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

/s/ *K. Winn Allen*
K. Winn Allen (D.C. Bar No. 1000590)