**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AUGUST CABRERA, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) ) |
| v. | ) Case No. 1:19-cv-03833 (EGS) |
| BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

**APPEARANCE OF COUNSEL**

To:   The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for The Louis Berger Group, Inc. and Louis Berger International, Inc.

Date:   January 27, 2020

Respectfully submitted,
/s/  *David M. Nadler*
David M. Nadler (No. 402705)
BLANK ROME LLP
1825 Eye Street NW
Washington, DC  20006-5403
202-420-2200 (phone)
202-379-2201 (fax)
DNadler@BlankRome.com

*Counsel for The Louis Berger Group, Inc. and*
*Louis Berger International, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of January 2020, a copy of the foregoing Appearance of Counsel was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

/s/ *David M. Nadler*
David M. Nadler (No. 402705)