UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 19-cv-03833 (EGS) |

**DEFENDANTS G4S HOLDINGS INTERNATIONAL (AG) LIMITED, G4S RISK MANAGEMENT LIMITED, AND CENTERRA GROUP, LLC'S JOINT MOTION FOR LEAVE TO FILE A COMBINED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants G4S Holdings International (AG) Limited and G4S Risk Management Limited (collectively, "G4S") and Defendant Centerra Group, LLC ("Centerra") respectfully request the Court's permission to file a combined Memorandum of Points and Authorities, not exceeding 65 pages, in support of their forthcoming Joint Motion to Dismiss the Complaint.

1. Plaintiffs filed a lengthy, 1,309-paragraph Complaint against 13 Defendants on December 27, 2019.  *See* Dkt. No. 1.

2. Pursuant to the Court's Minute Orders entered on January 27, 2020 and February 7, 2020, each of these defendants plans to move to dismiss the Complaint on or before April 29, 2020.

3. Under Local Rule 7, each defendant may file a memorandum of points and authorities of up to 45 pages in length in support of its motion.  These three defendants therefore could file up to 135 pages in length for their respective memoranda.

4. However, in the interest of judicial efficiency, G4S and Centerra plan to file a single Joint Motion to Dismiss and a combined Memorandum of Points and Authorities, instead of filing

three separate motions and memoranda in support of those motions. Accordingly, G4S and Centerra request permission to file a combined Memorandum that does not exceed 65 pages in length.

5. No party will be prejudiced by the filing of a combined Memorandum of Points and Authorities.

Accordingly, G4S and Centerra request the Court's permission to file a combined Memorandum not exceeding 65 pages. Undersigned counsel discussed this Motion with counsel for Plaintiffs. Plaintiffs do not oppose this Motion but reserve the right to oppose any future requests for extra pages.

Dated: April 21, 2020

Respectfully submitted,

By: /s/ *Mark B. Sweet*
Mark B. Sweet (D.C. Bar #490987)
msweet@wiley.law
Stephen J. Obermeier (D.C. Bar #979667)
sobermeier@wiley.law
Todd A. Bromberg (D.C. Bar#472554)
tbromberg@wiley.law
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants G4S Holdings International (AG) Limited and G4S Risk Management Limited*

By: /s/ *Meghan A. McCaffrey*
Meghan A. McCaffrey (D.C. Bar #993442)
meghanmccaffrey@quinnemaneul.com
Tara M. Lee (D.C. Bar #MD17902)
taralee@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW Suite 990
Washington, DC 20006
Phone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Centerra Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2020, a true and correct copy of the foregoing Motion and the accompanying Proposed Order were served electronically on all registered counsel of record via ECF and are available for viewing and downloading from the ECF system.

/s/ *Mark B. Sweet*
Mark B. Sweet