IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>*Defendants.* | Case No. 1:19-cv-03833 (EGS)<br><br>ORAL ARGUMENT REQUESTED |

**MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM AS TO DEFENDANTS MTN GROUP LIMITED, MTN (DUBAI) LIMITED, AND MTN AFGHANISTAN**

Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan (collectively, the "MTN Defendants") respectfully move to dismiss the Complaint in this action pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying Memorandum of Law in Support of the MTN Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim.

The MTN Defendants respectfully request oral argument on this Motion. A proposed order is attached for the Court's consideration.

1

Dated: April 29, 2020                                               Respectfully submitted,

/s/ John E. Hall                                                    /s/ Kimberly H. Zelnick
John E. Hall (D.C. Bar No. 415364)                                  Timothy J. Harkness*
David M. Zionts (D.C. Bar No. 995170)                               Kimberly H. Zelnick (D.D.C. Bar No. NY0325)
Jordan L. Moran (D.C. Bar No. 888273537)*                           Scott A. Eisman (D.D.C. Bar No. NY0326)
Covington & Burling LLP                                             Freshfields Bruckhaus Deringer US LLP
One CityCenter                                                      601 Lexington Avenue, 31st Floor
850 Tenth Street N.W.                                               New York, NY 10022
Washington, DC 20001                                                Telephone: (212) 277-4000
Telephone: (202) 662-5987                                           Facsimile: (212) 277-4001
Facsimile: (202) 778-5987                                           timothy.harkness@freshfields.com
jhall@cov.com                                                       kimberly.zelnick@freshfields.com
dzionts@cov.com                                                     scott.eisman@freshfields.com
jmoran@cov.com

*Counsel for Defendants MTN Group Limited,*
*MTN (Dubai) Limited, and MTN Afghanistan*

---

* Application for admission pending.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I filed the foregoing Motion to Dismiss on behalf of Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan via the Court's CM/ECF system, and service was effected electronically on all counsel of record.

/s/ John E. Hall
John E. Hall (D.C. Bar No. 415364)