**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*, <br><br> *Defendants.* | Case No. 1:19-cv-03833 (EGS) |

**MTN DEFENDANTS' INDEX OF EXHIBITS**

| | |
|---|---|
| EXHIBIT A | Alexandra Wexler, *Telecom Giant Pushes into Dangerous Areas*, Wall St. J., Aug. 10, 2019 (first cited in Compl. ¶ 220 n.288). |
| EXHIBIT B | World Bank Grp., *Afghanistan Country Snapshot* (Oct. 2015), http://documents.worldbank.org/curated/en/307891467998464206/pdf/100112-WP-PUBLIC-Box393225B-Afghanistan-Country-Snapshot.pdf (excerpt) (first cited in Compl. ¶ 270 n.355). |
| EXHIBIT C | Yaroslav Trofimov, *Cell Carriers Bow To Taliban Threat*, Wall St. J., Mar. 22, 2010 (first cited in Compl. ¶ 222 n.290). |
| EXHIBIT D | Multilateral Inv. Guarantee Agency, *Project Brief: MTN Afghanistan*, https://www.miga.org/project/mtn-afghanistan (last visited Apr. 29, 2020) (first cited in Compl. ¶ 262 n.346). |
| EXHIBIT E | Multilateral Inv. Guarantee Agency, Template Contract of Guarantee for Non-Shareholder Loans (Nov. 2016), https://www.miga.org/sites/default/files/archive/Documents/Contract%20of%20Guarantee%20for%20Non-Shareholder%20Loans.pdf (last visited Apr. 29, 2020) (excerpts) (first cited in Compl. ¶ 265 n.348). |