# Exhibit B

**OCTOBER 2015**

# AFGHANISTAN
## Country Snapshot

The World Bank Group




**Standard Disclaimer:**

This volume is a product of the staff of the International Bank for Reconstruction and Development/The World Bank. The findings, interpretations, and conclusions expressed in this paper do not necessarily reflect the views of the Executive Directors of The World Bank or the governments they represent. The World Bank does not guarantee the accuracy of the data included in this work. The boundaries, colors, denominations, and other information shown on any map in this work do not imply any judgment on the part of The World Bank concerning the legal status of any territory or the endorsement or acceptance of such boundaries.

**Copyright Statement:**

The material in this publication is copyrighted. Copying and/or transmitting portions or all of this work without permission may be a violation of applicable law. The International Bank for Reconstruction and Development/The World Bank encourages dissemination of its work and will normally grant permission to reproduce portions of the work promptly.

For permission to photocopy or reprint any part of this work, please send a request with complete information to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, USA, telephone 978-750-8400, fax 978-750-4470, http://www.copyright.com/.

All other queries on rights and licenses, including subsidiary rights, should be addressed to the Office of the Publisher, The World Bank, 1818 H Street NW, Washington, DC 20433, USA, fax 202- 522-2422, e-mail pubrights@worldbank.org.

*Photos credits: World Bank Photo Library*
*Cover Design and Text layout: Duina Reyes*

## IFC: INVESTMENT - MTN GROUP

### Key Dates:

Approved: June 22, 2012,
Signed: June 29, 2007, July 5, 2011

### MIGA Guarantee (million US Dollars):

|  | Amount | Fiscal Year |
|---|---|---|
| **Equity** | $74.5 | 2006 |
| **Shareholder loan Equity** | $84.1 | 2010 |

### IFC Key Dates:

Approved: June 23, 2006
Signed: June 30, 2006/June 19, 2009

### IFC Investment (million US Dollars):

|  | Amount | Fiscal Year | Exited Investment/Loan Rapid |
|---|---|---|---|
| **Equity** | 13.5 | 2009/10 | 2013 |
| **Shareholder loan Equity** | 65.0 | 2011 | Sept 2015 |

### Project Background:

In 2002, following decades of armed conflict, Afghanistan had a barely functioning and severely limited communications network. In early 2007, the International Finance Corporation (IFC) and the Multilateral Investment Guarantee Agency (MIGA) made a commitment to provide support directly to the most recent (third) mobile operator, MTN Group (then Areeba Afghanistan). IFC initially made an investment commitment in Areeba Afghanistan in 2006, which was later replaced by a larger investment facility to MTN Afghanistan comprising an equity investment of $13.5 million and senior debt of $65 million to finance the expansion of MTN's operations. MIGA issued a guarantee of $74.5 million to cover its direct equity investment of $85 million in Afghanistan. The coverage was for 15 years against two risks: (i) transfer and convertibility restriction; and (ii) expropriation. The Afghanistan Investment Guarantee Facility (AIGF), managed by MIGA, provided $2 million of first loss. In 2011, when MTN Group expanded its network, MIGA issued a second guarantee of $84.1 million. These guarantees bring MIGA's total gross coverage to $158.6 million and total net coverage up to $108.6 million. IFC exited its equity investment in July 2013 and the debt will be fully repaid in September 2015.

### Project Development Objective and Brief Component Description:

From both a country and sector perspective, MIGA and IFC are playing an important role in facilitating south-south investment to promote the expansion of telecommunications infrastructure in a conflict-affected country, increasing the availability and affordability of communication services in Afghanistan. Furthermore, IFC's investment has been supporting the expansion of telecom services into semi-urban and rural areas of Afghanistan. MIGA can mobilize additional capacity in the private insurance market through its reinsurance arrangements. MIGA's establishment of the AIGF, a first loss fund, with the help of other donor countries, has helped bring down the risk of the transaction, making it more attractive for the private reinsurance market.

### Results Expected:

With MIGA guarantee coverage and IFC's investment and advisory support, MTN has been able to exceed expectations and reach over five million subscribers, close to a one-third market share.

### Key Partners:

AIGF – MIGA.