# Exhibit E

DRAFT SUBJECT TO INTERNAL REVIEW AND CLEARANCE

CONTRACT NO. <00000>

**CONFIDENTIAL DRAFT**

| CLEARANCES | [DATE] |
| --- | --- |
|  | SIGNATURE |
| **MIGLC:** |  |
| **MIGOP:** |  |

# Contract of Guarantee for Non-Shareholder Loans

between the

# Multilateral Investment Guarantee Agency

and

# [Guarantee Holder]

This draft document is subject to MIGA's approval, and as such cannot be considered a contract or an offer to enter into a contract. Only the document executed by MIGA, as approved by MIGA's senior management and the Guarantee Holder, will contain the terms and conditions that shall bind them. Until this document is executed by MIGA and the Guarantee Holder, neither MIGA nor the Guarantee Holder intends to be bound by its terms and conditions. The terms and conditions of this draft document are distributed to the Guarantee Holder on a confidential basis.

[2016 FORMS – NOVEMBER 2016]

CONTRACT OF GUARANTEE FOR NON-SHAREHOLDER LOANS        CONTRACT NO. <00000>

# Contract of Guarantee for Non-Shareholder Loans
## Table of Contents

Part I – Special Conditions ........................................................................................................ 1

Part II – General Conditions ..................................................................................................... 6

    Article 1. Application and Interpretation ............................................................................ 6
    Article 2. Definitions .......................................................................................................... 7
    Article 3. Transfer Restriction .......................................................................................... 16
    Article 4. Expropriation ................................................................................................... 18
    Article 5. War and Civil Disturbance ............................................................................... 19
    Article 6. Breach of Contract ........................................................................................... 21
    Article 7. Percentage of Self-Insurance ........................................................................... 23
    Article 8. Deductions, Adjustments and Prepayments .................................................... 23
    Article 9. Exclusions ........................................................................................................ 24
    Article 10. Claims Determination and Payment .............................................................. 25
    Article 11. Subrogation .................................................................................................... 26
    Article 12. Representations, Warranties and Duties of Guarantee Holder ...................... 26
    Article 13. Guarantee Period; Conditions for Termination ............................................. 31
    Article 14. Dispute Resolution and Applicable Law ....................................................... 33
    Article 15. Coverage Adjustments and Premium Payments ........................................... 33
    Article 16. Miscellaneous ................................................................................................ 34

Part III – Amendments ............................................................................................................ 36

Part IV – Standby Option (Commitment for Additional Coverage) ....................................... 37

Annex 1 – MIGA's Anti-Corruption Guidelines (as in effect on October 15, 2006) .................... 38

Annex 2 – Payment Schedule ....................................................................................................... 41

Annex 3 – Project Agreement and Contractual Obligations ........................................................ 42

Annex 4A – Performance Standards and Environmental Guidelines .......................................... 43

Annex 4B – Action Plan ............................................................................................................... 44

Annex 4C – Development Effectiveness Indicators ..................................................................... 45

Annex 5 – Expert Advisory Report Regarding Provisional Payments ........................................ 47

Annex 6A – Form of Notice of Reduction in Current Amount of Guarantee and Maximum Aggregate Liability ................................................................................................... 48

Annex 6B – Form of Notice of Increase in Current Amount of Guarantee .................................. 50

DRAFT

CONTRACT OF GUARANTEE FOR NON-SHAREHOLDER LOANS – PART I          CONTRACT NO. <00000>

# Part I – Special Conditions

> **SPECIAL NOTICE**
>
> This Contract of Guarantee ("Contract") comprises:
> Special Conditions (Part I),
> General Conditions (Part II),
> Amendments (Part III), if applicable,
> Standby Option (Part IV), if applicable,
> and the Annexes.
>
> This Contract must not be read or interpreted without considering all of Parts I through IV and the Annexes.

This Contract is between the Multilateral Investment Guarantee Agency ("**MIGA**") and [_____] (the "**Guarantee Holder**"), a [_____] organized and existing under the laws of [_____].

| | | |
|---|---|---|
| CLAUSE 1. | Project Enterprise: | [_____]. |
| CLAUSE 2A. | Investment Project: | [_____]. |
| CLAUSE 2B. | Host Country: | [_____]. |
| CLAUSE 3. | Guarantee Currency: | [_____]. |
| CLAUSE 4. | Guaranteed Loan: | The Guaranteed Loan consists of [Amount in Guarantee Currency] which [has been] [will be] lent by the Guarantee Holder to the Project Enterprise under a loan agreement [dated as of [_____]] [to be concluded] between the Guarantee Holder and the Project Enterprise (the "**Loan Agreement**") pursuant to which the Project Enterprise will make payments of principal [and interest] as set out in the Payment Schedule. A true, correct, and complete copy of the [draft] Loan Agreement was furnished to MIGA by the Guarantee Holder on [_____]. |

CONTRACT OF GUARANTEE FOR NON-SHAREHOLDER LOANS – PART I              CONTRACT NO. <00000>

| | | |
|---|---|---|
| CLAUSE 5. | Contract Period: | (1) The [ __ ] period starting on the Effective Date and ending on [ __ ] and (2) thereafter, the [ __ ] periods ending on the [ __ ] day of each [ ____ ] and [ ____ ]. |
| CLAUSE 6. | Guarantee Period: | The period commencing on the Effective Date and ending on [ ____ ]. |
| CLAUSE 7. | Covered Risks: | [Transfer Restriction;] [Expropriation;] [War and Civil Disturbance;] and [Breach of Contract]. |
| CLAUSE 8. | Waiting Period: | |
| | Transfer Restriction: | |
| | Inconvertibility | [60] continuous days. |
| | Inability to Transfer | [60] continuous days. |
| | Expropriation: | |
| | Expropriation of the Project Enterprise | [180] continuous days. |
| | Expropriation of Lender Rights | [180] continuous days. |
| | Expropriation of Funds | [60] continuous days. |
| | Expropriation of Collateral Rights | [180] continuous days. |
| | War and Civil Disturbance: | |
| | Loss of Assets | [None.] |
| | Loss of Use | [90] continuous days. |
| | Breach of Contract: | [180] continuous days. |
| CLAUSE 9A. | Percentage of Cover: | [95]% |
| CLAUSE 9B. | Percentage of Self-Insurance: | [5]% |
| | Total: | <u>100%</u> |
| CLAUSE 10A. | Current Amount of Guarantee: | [Amount in Guarantee Currency], as adjusted in accordance with Article 15 of the General Conditions. |

CONTRACT OF GUARANTEE FOR NON-SHAREHOLDER LOANS – PART I                    CONTRACT NO. <00000>

| | | |
|---|---|---|
| CLAUSE 10B. | **Standby Option Amount:** | [Amount in Guarantee Currency], as adjusted in accordance with Article 15 of the General Conditions.][Not Applicable.] |
| CLAUSE 10C. | **Payments Covered:** | Scheduled Payments of [principal and interest] [principal only] [interest only]. |
| CLAUSE 10D. | **Maximum Aggregate Liability:** | [Amount in Guarantee Currency.] |
| CLAUSE 11A. | **Annual Premium Rate:** | [____]% |
| CLAUSE 11B. | **Total Premium for the First Contract Period:** | [Amount in Guarantee Currency], calculated as follows: [_____], payable on or before the Initial Premium Due Date. |
| CLAUSE 12A. | **Annual Standby Option Fee Rate:** | [____]% [Not applicable.] |
| CLAUSE 12B. | **Standby Option Fee for the First Contract Period:** | [Amount in Guarantee Currency], calculated as follows: [_____], payable on or before the Initial Premium Due Date.] [Not applicable.] |
| CLAUSE 13A. | **Annual Facility Fee Rate:** | [_____]% [Not applicable.] |
| CLAUSE 13B. | **Facility Fraction:** | [_____.] [Not applicable.] |
| CLAUSE 13C. | **Facility Fee for the First Contract Period:** | [Amount in Guarantee Currency], calculated as follows: [_____], payable on or before the Initial Premium Due Date.] [Not applicable.] |

CONTRACT OF GUARANTEE FOR NON-SHAREHOLDER LOANS – PART I                         CONTRACT NO. <00000>

**CLAUSE 14A.**   **Total Amount Due for the First Contract Period:**   [Amount in Guarantee Currency], calculated as follows:

Clause 11B [+ Clause 12B] [+ Clause 13C] *less* the application fee of [Amount in Guarantee Currency] paid to MIGA on [_____],

payable on or before the Initial Premium Due Date.

**CLAUSE 14B.**   **Initial Premium Due Date:**   [Date no later than the date falling 15 calendar days after the Effective Date.]

**CLAUSE 15.**   **Deductible:**

Transfer Restriction:
Inconvertibility                    [Amount in Guarantee Currency][None.]
Inability to Transfer               [Amount in Guarantee Currency][None.]

Expropriation:
Expropriation of Investment         [Amount in Guarantee Currency][None.]
Expropriation of Funds              [Amount in Guarantee Currency][None.]

War and Civil Disturbance:
Loss of Assets                      [[Amount in Guarantee Currency] per Loss] [None.]
Loss of Use                         [Amount in Guarantee Currency][None.]

Breach of Contract:                 [Amount in Guarantee Currency][None.]

**CLAUSE 16.**   **Effective Date:**   [_____.]

**CLAUSE 17.**   **Notice Addresses:**

MULTILATERAL INVESTMENT                 [GUARANTEE HOLDER]
GUARANTEE AGENCY
1818 H Street, NW                       [Mailing Address]
Washington, DC 20433                    [City and Postal Code]
United States of America                [Country]

Attention:                              Attention:
Contract Management & Portfolio Services   [Name]
MIGA Operations                         [Title]
Facsimile:   +1 202-522-2630            Facsimile:   [Number]
Telephone:   +1 202-473-0610            Telephone:   [Number]

                                        Email address for Premium receipts only:

                                        [_____]

CONTRACT OF GUARANTEE FOR NON-SHAREHOLDER LOANS – PART I                    CONTRACT NO. <00000>

IN WITNESS WHEREOF, MIGA and the Guarantee Holder, acting through their duly authorized representatives, have caused this Contract to be signed in their respective names. This Contract is deemed made in Washington, DC, United States of America, and shall come into full force and effect as of the Effective Date upon its execution by both parties and exchange of duly signed scanned counterparts on or prior to the Effective Date, subject to: (a) receipt by MIGA of payment in full of the Total Amount Due for the first Contract Period on or before the Initial Premium Due Date; and (b) no later than seven (7) calendar days after the Effective Date, the receipt by MIGA of the original counterpart of this Contract which shall have been duly executed by the Guarantee Holder on or before the Effective Date.

|  MULTILATERAL INVESTMENT GUARANTEE AGENCY | [GUARANTEE HOLDER] |
|---|---|
| By: _____ (signature) | By: _____ (signature) |
| Keiko Honda<br>Executive Vice President and<br>Chief Executive Officer<br>Authorized Representative<br>(name and title) | Authorized Representative<br>(name and title) |
| Washington, DC<br>[       ]<br>(place and date) | [City]<br>[       ]<br>(place and date) |

DRAFT

(c) sale or assignment of the Guaranteed Loan to an unrelated third party.

13.6 MIGA shall not be liable to return to the Guarantee Holder any portion of the Total Amount Due previously paid to MIGA if this Contract is terminated at any time over the term of the Guarantee Period.

## ARTICLE 14. DISPUTE RESOLUTION AND APPLICABLE LAW

14.1 Any dispute between the Guarantee Holder and MIGA arising out of or in connection with this Contract shall be settled by final and binding arbitration in accordance with the Rules of Arbitration.

14.2 The arbitral tribunal constituted under the Rules of Arbitration shall apply this Contract, the Convention and, to the extent that issues in dispute are not covered by this Contract or the Convention, the arbitral tribunal shall apply general principles of law. The seat of arbitration shall be The Hague, Netherlands, the language of the arbitration shall be English, and the arbitration proceedings shall be held in Washington, DC, United States.

14.3 The award of the arbitral tribunal shall be final and binding and shall be carried out without delay.

## ARTICLE 15. COVERAGE ADJUSTMENTS AND PREMIUM PAYMENTS

15.1 Both the Current Amount of Guarantee and the Maximum Aggregate Liability shall be reduced for the remainder of the Guarantee Period by (without double counting):

(a) the amount of compensation paid by MIGA pursuant to any Claim;

(b) the Percentage of Cover of the amount of each Scheduled Payment of principal of the Guaranteed Loan specified in Annex 2 (regardless of whether such Scheduled Payment has been received by the Guarantee Holder); *provided, however*, that such reduction shall take effect on the first day of the Contract Period immediately following the Contract Period in which such Scheduled Payment is due; and

(c) the amount of any additional reduction irrevocably elected by the Guarantee Holder by delivery to MIGA not less than 30 days before the first day of any Contract Period of a notice in the form of Annex 6A; *provided, however*, that for any given Contract Period, such election may not reduce the Current Amount of Guarantee for such Contract Period or the Maximum Aggregate Liability to below the Percentage of Cover of the outstanding principal amount of the Guaranteed Loan specified in Annex 2 as of the first day of such Contract Period.

15.2 The Standby Option Amount shall be reduced for the remainder of the Guarantee Period by any amounts transferred from the Standby Option Amount to the Current Amount of Guarantee pursuant to Section 15.3 below.

15.3 So long as no event, circumstance, or default specified in Subsection 12.2(g) has occurred, the Guarantee Holder may, by delivery to MIGA not less than 30 days before the first day of any Contract Period of a notice in the form of Annex 6B, irrevocably elect to increase the Current