# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>*Defendants.* | Case No. 1:19-cv-03833 (EGS) |

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim as to Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan, and the materials and arguments submitted in support thereof, it is hereby **ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED** as to Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan.

SIGNED this __ day of _____, 2020

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE