UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA *et al.*,  )<br>   )<br>        Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>BLACK & VEATCH SPECIAL   )<br>PRODUCTS CORPORATION, *et al.*,   )<br>   )<br>        Defendants.   ) | Case No. 1:19-cv-03833 (EGS) |

**DECLARATION OF PAUL S. MISHKIN IN SUPPORT OF DEFENDANT JANUS GLOBAL OPERATION LLC'S MOTIONS TO DISMISS**

PAUL S. MISHKIN, pursuant to 28 U.S.C. § 1746, declares:

1. I am a lawyer at Davis Polk & Wardwell LLP, counsel for Defendant Janus Global Operations LLC. This declaration is submitted in support of Defendant Janus Global Operations LLC's Motion to Dismiss in the above-captioned case.

2. Attached as Exhibit A is a true and correct copy of a report from the United States Senate Committee on Armed Services, S. Rep. No. 111-345 (2010), dated October 26, 2010, titled "Inquiry into the Role and Oversight of Private Security Contractors in Afghanistan," which can be accessed at https://www.congress.gov/congressional-report/111th-congress/senate-report/345/1?s=1&r=17.

3. Attached as Exhibit B is a true and correct copy of a United States Agency for International Development ("USAID") press release, dated June 27, 2010, titled "Tarakhil Power Plant Handed Over to Afghan Government," which can be accessed at https://2012-2017.usaid.gov/afghanistan/news-information/press-releases/tarakhil-power-plant-handed-over-afghan-government.

4. Attached as <u>Exhibit C</u> is a true and correct copy of a USAID document titled "Tarakhil Power Plant," last updated May 7, 2019, which can be accessed at https://www.usaid.gov/node/51751.

5. Attached as <u>Exhibit D</u> is a true and correct copy of a United Nations Security Council press release, dated February 10, 2006, titled "Peacekeeping Under-Secretary-General Briefs Security Council on Afghanistan: London Conference, Security Situation, New Parliament Focus," which can be accessed at https://www.un.org/press/en/2006/sc8634.doc.htm.

6. Attached as <u>Exhibit E</u> is a true and correct copy of a United States Department of Defense photograph and caption, dated April 27, 2002, titled "Secretary Rumsfeld meets with Ismail Khan in Herat, Afghanistan," which can be accessed at https://dod.defense.gov/OIR/gallery/igphoto/2001240619/.

7. Attached as <u>Exhibit F</u> is a true and correct copy of the transcript of a hearing before the United States Senate Committee on Foreign Relations, dated July 20, 2000, titled "The Taliban, Engagement or Confrontation?", which can be accessed at https://www.govinfo.gov/content/pkg/CHRG-106shrg68769/pdf/CHRG-106shrg68769.pdf

8. Attached as <u>Exhibit G</u> is a true and correct copy of an unclassified diplomatic cable from the United States Embassy (Islamabad) to the Secretary of State, dated September 4, 1995, Doc. No. 1995ISLAMA08102, which can be accessed at https://nsarchive2.gwu.edu/NSAEBB/NSAEBB97/tal10.pdf.

9. Attached as <u>Exhibit H</u> is a true and correct copy of an unclassified diplomatic cable from the United States Embassy (Islamabad) to the Secretary of State, dated September 6, 1995, Doc. No. 1995ISLAMA08185, which can be accessed at https://nsarchive2.gwu.edu/NSAEBB/NSAEBB97/tal11.pdf.

3

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
    April 29, 2020

                          Paul S. Mishkin

3