UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 19-cv-03833 (EGS) |

## DEFENDANT ENVIRONMENTAL CHEMICAL CORPORATION'S RULE 12(B)(6) MOTION TO DISMISS

Defendant Environmental Chemical Corporation, by and through undersigned counsel, moves to dismiss the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

            SQUIRE PATTON BOGGS (US) LLP

            Mitchell R. Berger (D.C. Bar No. 385467)
            Alexandra E. Chopin (D.C. Bar No. 490736)
            2550 M Street, NW
            Washington, DC 20037
            mitchell.berger@squirepb.com
            alexandra.chopin@squirepb.com

            *Counsel for Defendant*
            *Environmental Chemical Corporation*