## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AUGUST CABRERA *et al.*,

        Plaintiffs,

    v.

BLACK & VEATCH SPECIAL PROJECTS
CORPORATION *et al.*,

        Defendants.

Case No. 19-cv-03833 (EGS)

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam G. Mehes of the law firm of Davis Polk & Wardwell LLP, who is admitted to practice in this Court *pro hac vice*, hereby appears as counsel of record for defendant Janus Global Operations LLC in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated:  New York, NY
       April 30, 2020

DAVIS POLK & WARDWELL LLP

By: */s/ Adam G. Mehes*
    Adam G. Mehes
    (*admitted pro hac vice*)

450 Lexington Avenue
New York, NY 10007
(212) 450-4398
adam.mehes@davispolk.com

*Counsel for Defendant Janus Global Operations LLC*

2

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on April 30, 2020, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ Adam G. Mehes

Adam G. Mehes
(*admitted pro hac vice*)