**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 19-cv-3833-EGS<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION REGARDING A FIRST AMENDED COMPLAINT**

Plaintiffs respectfully move the Court to enlarge the time for filing a First Amended Complaint, and to set a process for discussing other deadlines, as described below. In support of this request, Plaintiffs state as follows:

1. On April 29, 2020, each Defendant in this action moved to dismiss Plaintiffs' Complaint. *See* Dkts. 71-78. In support of their various motions to dismiss, Defendants submitted a total of seven memoranda of law totaling 325 pages.

2. If Plaintiffs were to oppose Defendants' motions, Plaintiffs' memoranda of points and authorities in opposition to those motions would be due on May 13, 2020. *See* Local Civil Rule 7(b). However, Plaintiffs do not intend to oppose those motions at this time but instead intend to amend their Complaint under Federal Rule of Civil Procedure 15(a).

3. Under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs are permitted to amend their Complaint once as a matter of course by May 20, 2020. The parties have conferred and believe that a modest extension of that deadline, with good-faith discussions over additional

briefing to follow, will promote judicial economy and serve the convenience of the parties. To that end, the parties have agreed as follows:

    a.    Plaintiffs' deadline to file a First Amended Complaint pursuant to Rule 15(a)(1)(B) should be extended by 16 days, up to and including June 5, 2020.

    b.    Because Plaintiffs intend to file a First Amended Complaint, they need not oppose or otherwise respond to Defendants' pending motions to dismiss.

    c.    Upon the filing of a First Amended Complaint, the parties will meet-and-confer in good faith about a proposed schedule for Defendants to move to dismiss or otherwise respond to the First Amended Complaint.

    d.    To the extent that Plaintiffs' First Amended Complaint asserts claims on behalf of new Plaintiffs, Plaintiffs may comply with Local Rule 5.1(c) by filing under seal a list containing the names and full residential addresses of all new Plaintiffs within 30 days of the filing of the First Amended Complaint. *See* January 13, 2020 Minute Order (granting similar relief as to Plaintiffs' original Complaint).

4.    Counsel for Plaintiffs has conferred with counsel for Defendants, who state that they do not oppose this motion.

5.    Plaintiffs have attached a Proposed Order consistent with this motion. Because good cause exists for the requested extension, Plaintiffs respectfully request that the Court enter that order for the reasons stated above.

Dated: May 12, 2020

Respectfully submitted,

*/s/ Joshua D. Branson*

| | |
|---|---|
| Michael J. Gottlieb (D.C. Bar No. 974960) | Joshua D. Branson (D.C. Bar No. 981623) |
| Randall Jackson (D.C. Bar No. 490798) | Andrew E. Goldsmith (D.C. Bar No. 1007074) |
| Nicholas Reddick[*] | Grace W. Knofczynski (D.C. Bar No. 15000407) |
| Willkie Farr & Gallagher LLP | Kellogg, Hansen, Todd, |
| 1875 K Street, N.W. | Figel & Frederick, P.L.L.C. |
| Washington, DC 20006-1238 | 1615 M Street, N.W., Suite 400 |
| Tel: (202) 303-1000 | Washington, D.C. 20036 |
| Fax: (202) 303-2000 | Tel: (202) 326-7900 |
| MGottlieb@willkie.com | Fax: (202) 326-7999 |
| RJackson@willkie.com | jbranson@kellogghansen.com |
| NReddick@willkie.com | agoldsmith@kellogghansen.com |
| | gknofczynski@kellogghansen.com |
| Randy D. Singer (D.C.D. Bar No. VA057)[†] | Ryan R. Sparacino (D.C. Bar No. 493700) |
| Rosalyn K. Singer (D.C.D. Bar No. VA063) | Sparacino PLLC |
| Kevin A. Hoffman (D.C. Bar No. 1044559) | 1920 L Street, NW, Suite 535 |
| Singer Davis, LLC | Washington, D.C. 20036 |
| 1209 Laskin Road | Tel: (202) 629-3530 |
| Virginia Beach, VA 23451 | ryan.sparacino@sparacinopllc.com |
| Tel: (757) 301-9995 | |
| Fax: (757) 233-1084 | |
| randy.singer@singerdavis.law | |
| rosalyn.singer@singerdavis.law | |
| kevin.hoffman@singerdavis.law | |

*Counsel for Plaintiffs*

---

[*] D.C. Bar application pending; California Bar No. 288779. Practicing under the supervision of members of the D.C. Bar.

[†] Singer Davis, LLC is co-counsel for the Paresi and Wise Families. *See* Compl. ¶¶ 1011-1020, 1239-46. Other counsel represent all Plaintiffs, including the Paresi and Wise Families.