**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AUGUST CABRERA *et al.*,

        Plaintiffs,

v.

BLACK & VEATCH SPECIAL
PRODUCTS CORPORATION, *et al.*,

        Defendants.

Case No. 1:19-CV-03833 (EGS)

**[PROPOSED] ORDER GRANTING**
**MOTION REGARDING MOTION TO DISMISS BRIEFING**

Upon consideration of the parties' Joint Motion Regarding Motion to Dismiss Briefing, it

is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the following

briefing schedule shall apply to Defendants' forthcoming motions to dismiss the First Amended

Complaint:

| | |
|---|---|
| Motions to Dismiss | 9/10/2020 |
| Memoranda in Opposition | 11/24/2020 |
| Reply Memoranda | 1/22/2021 |

Dated: _____, 2020

                                   _____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE