# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:19-CV-03833 (EGS) |
| | ) |
| BLACK & VEATCH SPECIAL | ) |
| PROJECTS CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

I, Paul R. Monsees, hereby enter my appearance in this matter on behalf of Defendants Blumont, Inc., Blumont Global Development, Inc. and International Relief & Development, Inc.

Dated: July 24, 2020

Respectfully submitted,

*/s/ Paul R. Monsees*
Paul R. Monsees (#367138)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5342
pmonsees@foley.com

*Attorney for Defendants Blumont, Inc.,*
*Blumont Global Development, Inc. and*
*International Relief & Development, Inc.*