IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 19-cv-3833-EGS<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION REGARDING
<u>ADDITION OF FUTURE PLAINTIFFS</u>**

Plaintiffs and Defendants[*] (together, the "Parties") have conferred over an efficient, streamlined way to add additional plaintiffs to this action without interrupting the briefing schedule with respect to Defendants' forthcoming motions to dismiss Plaintiffs' First Amended Complaint (Dkt. 82, "FAC"). *See* Dkt. 91 (setting schedule). To that end, the Parties have agreed on a proposed procedure—subject to the Court's review and approval—by which additional plaintiffs may join this action without requiring burdensome new filings or impeding the Court's consideration of the Defendants' forthcoming motions, while also reserving all Parties' rights with respect to any newly added claims. Specifically, the Parties jointly move the Court to permit plaintiffs to be added to this Action pursuant to the procedure set forth below. A proposed order is filed herewith.

---

[*] Defendants are Black & Veatch Special Projects Corporation; Centerra Group, LLC; DAI Global LLC; Environmental Chemical Corporation; G4S Holdings International (AG) Limited; G4S Risk Management Limited; Janus Global Operations LLC; Louis Berger Group, Inc.; Louis Berger International, Inc.; Louis Berger Group, Inc. / Black & Veatch Special Projects Corporation Joint Venture; MTN Group Limited; MTN (Dubai) Limited; MTN Afghanistan; Blumont, Inc.; Blumont Global Development, Inc.; International Relief and Development, Inc.; and Chemonics International, Inc.

1.      If additional potential plaintiffs ("New Plaintiffs") wish to join this Action before the Court rules on Defendants' forthcoming motions to dismiss the FAC, such potential plaintiffs may file short-form complaints in this Action.  Short-form complaints may include one or more individual plaintiffs and shall be materially identical in form to the plaintiff-specific paragraphs in Part VI of the FAC.  Short-form complaints shall not include any new "substantive" allegations analogous to those appearing elsewhere in the FAC.  Each short-form complaint shall state that the New Plaintiffs adopt the FAC in its entirety.  For avoidance of doubt, each short-form complaint shall not alter or supplement the allegations in the Parts of the FAC other than Part VI.

2.      New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof shall thereby be added to this Action as plaintiffs with no further action required by the Court or any Party.

3.      New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof may comply with Local Rule 5.1(c) by filing under seal a list containing their names and full residential addresses within 30 days of the filing of their short-form complaint.

4.      New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof shall be bound by the Court's ruling on Defendants' forthcoming motions to dismiss the FAC.  The filing of short-form complaints pursuant to Paragraph 1 hereof shall not render moot any pending motions to dismiss the FAC, including any pending objections to the report and recommendation of the Magistrate Judge.

5.      Defendants reserve all defenses and arguments in response to claims brought by New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof, including but not limited to the statute of limitations.  If any such defense or argument is not addressed by the

Court's ruling on Defendants' forthcoming motions to dismiss the FAC, Defendants reserve the right to raise it at the appropriate time.  Plaintiffs reserve all potential arguments opposing such defenses, except that Plaintiffs agree not to invoke Defendants' joining this motion or agreeing to the procedures set forth herein as an argument against any such defense or a basis for the Court to reject any such defense.

6. For purposes of the applicable statute of limitations, New Plaintiffs' claims shall be deemed to have been filed as of the date of their short-form complaint.  All parties reserve all rights to argue whether any or all of New Plaintiffs' claims against any or all Defendants relate back to any of Plaintiffs' previous complaints under the standards set forth in Federal Rule of Civil Procedure 15(c).  This motion does not suggest any agreement one way or the other about whether any such claims could be timely under a "relation back" theory.

7. The above procedure shall apply only to New Plaintiffs who wish to join this Action before the Court rules on the Defendants' forthcoming motions to dismiss the FAC, including the resolution by the Court of any objections to the report and recommendation of the Magistrate Judge.  The parties agree to meet and confer in good faith about extending or modifying the procedure following the Court's ruling.

Dated:  August 12, 2020

Michael J. Gottlieb (D.C. Bar No. 974960)
Randall Jackson (D.C. Bar No. 490798)
Nicholas Reddick
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
RJackson@willkie.com
NReddick@willkie.com

Randy D. Singer (D.C.D. Bar No. VA057)[†]
Rosalyn K. Singer (D.C.D. Bar No. VA063)
Kevin A. Hoffman (D.C. Bar No. 1044559)
Singer Davis, LLC
1209 Laskin Road
Virginia Beach, VA 23451
Tel: (757) 301-9995
Fax: (757) 233-1084
randy.singer@singerdavis.law
rosalyn.singer@singerdavis.law
kevin.hoffman@singerdavis.law

Respectfully submitted,

*/s/ Joshua D. Branson*

Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 15000407)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

/s/ Andrew M. Lankler
Andrew M. Lankler (admitted *pro hac vice*)
Brendan F. Quigley (admitted *pro hac vice*)
Baker Botts LLP
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 408-2516
Facsimile: (212) 259-2516
andrew.lankler@bakerbotts.com

William H. Jeffress (D.C. Bar No. 041152)
Vernon Cassin (D.C. Bar No. 998743)
Baker Botts LLP

---

[†] Singer Davis, LLC is co-counsel for the Paresi and Wise Families.  *See* Compl. ¶¶ 1011-1020, 1239-46.  Other counsel represent all Plaintiffs, including the Paresi and Wise Families.

4

700 K St., N.W.
Washington, D.C. 20004
Telephone: (202) 639-7751
Facsimile: (202) 639-7890
william.jeffress@bakerbotts.com

*Counsel for Defendant Black & Veatch Special Projects Corporation*


/s/ Tara M. Lee
Tara M. Lee (D.C. Bar No. MD17902)
Nicolle Kownacki (D.C. Bar No. 1005627)
White & Case LLP
701 Thirteenth St., NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
tara.lee@whitecase.com
nkownacki@whitecase.com

*Counsel for Defendant Centerra Group, LLC*


/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar # 385676)
David W. Bowker (D.C. Bar # 989309)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel. (202) 663-6610 (Carome)
Tel. (202) 663-6558 (Bowker)
patrick.carome@wilmerhale.com
david.bowker@wilmerhale.com

*Counsel for Defendant Chemonics International, Inc.*


/s/ Christopher N. Manning
Kevin M. Downey (D.C. Bar. # 438547)
Christopher N. Manning (D.C. Bar # 464069)
John M. McNichols (D.C. Bar # 490479)
Brian T. Gilmore (D.C. Bar # 1030601)
Williams & Connolly LLP
725 Twelfth Street, N.W.

5

Washington, DC 20005
Tel.    (202) 434-5000
Fax.   (202) 434-5029
Email  KDowney@wc.com
         CManning@wc.com
         JMcNichols@wc.com
         BGilmore@wc.com

*Counsel for Defendant DAI Global, LLC*


/s/ Mitchell R. Berger
Mitchell R. Berger (D.C. Bar No. 385467)
Alexandra E. Chopin (D.C. Bar No. 490736)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-5601 (Berger)
(202) 457-5623 (Chopin)
mitchell.berger@squirepb.com
alexandra.chopin@squirepb.com

*Counsel for Defendant Environmental Chemical Corporation*


/s/ Mark B. Sweet
Stephen J. Obermeier (D.C. Bar # 979667)
Mark B. Sweet (D.C. Bar # 490987)
Todd A. Bromberg (D.C. Bar# 472554)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Phone: 202.719.7000
Fax: 202.719.7049
sobermeier@wiley.law
msweet@wiley.law
tbromberg@wiley.law

*Counsel for Defendants G4S Holdings International (AG) Limited, G4S Risk Management Limited*


/s/ Paul R. Monsees
Paul R. Monsees (DC Bar # 367138)
Lori A. Rubin (DC Bar # 1004240)

6

        Olivia S. Singelmann (DC Bar# 1016299)
        Foley & Lardner LLP
        3000 K Street N.W.
        Suite 600
        Washington, DC   20007
        (202) 672-5342 (Monsees)
        (202) 295-4760 (Rubin)
        (202) 295-4146 (Singelmann)
        pmonsees@foley.com
        larubin@foley.com
        osingelmann@foley.com

        *Counsel for Defendants International Relief and Development, Inc., Blumont, Inc., and Blumont Global Development, Inc.*


        /s/ Kenneth J. Wainstein
        Kenneth J. Wainstein (D.C. Bar No. 451058)
        Neil H. MacBride (D.C. Bar No. 439137)
        Davis Polk & Wardwell LLP
        901 15th Street, N.W.
        Washington, DC 20005
        Tel: (202) 962-7030; Fax: (202) 962-7118
        ken.wainstein@davispolk.com
        neil.macbride@davispolk.com

        Paul S. Mishkin (admitted *pro hac vice*)
        Adam G. Mehes (admitted *pro hac vice*)
        Davis Polk & Wardwell LLP
        450 Lexington Avenue
        New York, NY 10017
        Tel: (212) 450-4292; Fax: (212) 701-5292
        paul.mishkin@davispolk.com
        adam.mehes@davispolk.com

        *Counsel for Janus Global Operations LLC*


        /s/ K. Winn Allen, P.C.
        Hariklia Karis, P.C. (admitted *pro hac vice*)
        Jeffrey L. Willian, P.C. (admitted *pro hac vice*)
        Kirkland & Ellis LLP
        300 North LaSalle
        Chicago, IL  60654
        Telephone: (312) 862-2257

Facsimile: (312) 862-2200
jeffrey.willian@kirkland.com
hkaris@kirkland.com

K. Winn Allen, P.C. (D.C. Bar No. 1000590)
Alexandra I. Russell (D.C. Bar No. 1023745)
(admitted *pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-5078
Facsimile: (202) 389-5200
winn.allen@kirkland.com
alexandra.russell@kirkland.com

David M. Nadler (D.C. Bar No. 402705)
Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-2200
Facsimile: (202) 379-2201
dnadler@blankrome.com

Frank A. Dante (admitted *pro hac vice*)
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5645
Facsimile: (215) 832-5642
dante@blankrome.com

*Counsel for Louis Berger Group, Inc. and Louis Berger International, Inc.*


/s/ Vernon Cassin
Vernon Cassin (D.C. Bar No. 998743)
Baker Botts LLP
700 K Street, N.W.
Washington, D.C. 20001

K. Winn Allen, P.C. (DC Bar No. 1000590)
Kirkland & Ellis LLP
1301 Pennsylvania Ave N.W.
Washington, DC 20004

8

*Counsel for Louis Berger Group, Inc. / Black & Veatch Special Projects Corporation Joint Venture*


/s/ John E. Hall
John E. Hall (D.C. Bar No. 415364)
David M. Zionts (D.C. Bar No. 995170)
Jordan L. Moran (D.C. Bar No. 888273537)
Covington & Burling LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987
Facsimile: (202) 778-5987
jhall@cov.com
dzionts@cov.com
jmoran@cov.com

Timothy J. Harkness (D.D.C. Bar No. NY0331)
Kimberly H. Zelnick (D.D.C. Bar No. NY0325)
Scott A. Eisman (D.D.C. Bar No. NY0326)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
scott.eisman@freshfields.com

*Counsel for Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan*