**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AUGUST CABRERA, *et al.*, | |
| Plaintiffs, | |
| | Case No. 19-cv-3833-EGS |
| v. | |
| BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER**

For the reasons set forth in the joint motion filed by Plaintiffs and Defendants[*] (together, the "Parties"), the Court adopts the procedure set forth below regarding the addition of new plaintiffs to this Action.

1.    If additional potential plaintiffs ("New Plaintiffs") wish to join this Action before the Court rules on Defendants' forthcoming motions to dismiss the First Amended Complaint (the "FAC"), ECF No. 82, such potential plaintiffs may file short-form complaints in this Action. Short-form complaints may include one or more individual plaintiffs and shall be materially identical in form to the plaintiff-specific paragraphs in Part VI of the FAC. Short-form complaints shall not include any new "substantive" allegations analogous to those appearing elsewhere in the FAC. Each short-form complaint shall state that the New Plaintiffs adopt the

---

[*] Defendants are Black & Veatch Special Projects Corporation; Centerra Group, LLC; DAI Global LLC; Environmental Chemical Corporation; G4S Holdings International (AG) Limited; G4S Risk Management Limited; Janus Global Operations LLC; Louis Berger Group, Inc.; Louis Berger International, Inc.; Louis Berger Group, Inc. / Black & Veatch Special Projects Corporation Joint Venture; MTN Group Limited; MTN (Dubai) Limited; MTN Afghanistan; Blumont, Inc.; Blumont Global Development, Inc.; International Relief and Development, Inc.; and Chemonics International, Inc.

FAC in its entirety.  For avoidance of doubt, each short-form complaint shall not alter or supplement the allegations in the Parts of the FAC other than Part VI.

2.       New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof shall thereby be added to this Action as plaintiffs with no further action required by the Court or any Party.

3.       New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof may comply with Local Rule 5.1(c) by filing under seal a list containing their names and full residential addresses within 30 days of the filing of their short-form complaint.

4.       New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof shall be bound by the Court's ruling on Defendants' forthcoming motions to dismiss the FAC. The filing of short-form complaints pursuant to Paragraph 1 hereof shall not render moot any pending motions to dismiss the FAC, including any pending objections to the report and recommendation of the Magistrate Judge.

5.       Defendants reserve all defenses and arguments in response to claims brought by New Plaintiffs who file short-form complaints pursuant to Paragraph 1 hereof, including but not limited to the statute of limitations.  If any such defense or argument is not addressed by the Court's ruling on Defendants' forthcoming motions to dismiss the FAC, Defendants reserve the right to raise it at the appropriate time.  Plaintiffs reserve all potential arguments opposing such defenses, except that Plaintiffs agree not to invoke Defendants' joining the motion seeking this Order or agreeing to the procedures set forth therein as an argument against any defense or a basis for the Court to reject any such defense.

6.       For purposes of the applicable statute of limitations, New Plaintiffs' claims shall be deemed to have been filed as of the date of their short-form complaint.  All parties reserve all

rights to argue whether any or all of New Plaintiffs' claims against any or all Defendants relate back to any of Plaintiffs' previous complaints under the standards set forth in Federal Rule of Civil Procedure 15(c).  This Order does not suggest one way or the other whether any such claims could be timely under a "relation back" theory.

7.     The above procedure shall apply only to New Plaintiffs who wish to join this Action before the Court rules on the Defendants' forthcoming motions to dismiss the FAC, including the resolution by the Court of any objections to the report and recommendation of the Magistrate Judge.

**SO ORDERED.**

August 18, 2020

                                                           G. MICHAEL HARVEY
                                                              U.S.M.J.