# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 19-cv-3833-EGS-ZMF<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER DENYING THE
## DEFENSE CONTRACTOR DEFENDANTS' MOTIONS TO DISMISS

Upon consideration of the Motions to Dismiss filed by G4S Holdings International (AG) Limited, G4S Risk Management Limited, and Centerra Group, LLC (Dkt. 105); Janus Global Operations LLC (Dkt. 109); and Environmental Chemical Corporation (Dkt. 110), and Plaintiffs' consolidated opposition thereto, it is hereby ORDERED that the motions are DENIED.

Dated: _____, 2021        _____
                                                                                     HON. ZIA M. FARUQUI
                                                                                     UNITED STATES MAGISTRATE JUDGE


cc: All counsel of record via ECF