IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BLACK & VEATCH SPECIAL<br>PROJECTS CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 1:19-CV-03833-LLA |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated January 16, 2024, the parties provide the following status report to set forth their positions regarding whether this case should be stayed given the pending petition for certiorari in *AstraZeneca UK Ltd. v. Atchley*, 22 F.4th 204 (D.C. Cir. 2022), *petition for cert. pending*, No. 23-9 (filed June 30, 2023).

**I.    BACKGROUND**

Plaintiffs filed this action on December 27, 2019.  Dkt. 1.  On June 5, 2020, Plaintiffs amended their complaint.  Dkt. 82.  Each Defendant moved to dismiss, and on July 30, 2021, Magistrate Judge Faruqui issued a Report and Recommendation recommending dismissal of the First Amended Complaint ("FAC").  Dkt. 142 ("R&R").  On August 26, 2021, Judge Sullivan entered a stay due to the pending appeal in *Atchley*.  Minute Order (Aug. 26, 2021).  On January 4, 2022, the D.C. Circuit reversed the district court's judgment in *Atchley*.  22 F.4th 204.  The D.C. Circuit denied the *Atchley* defendants' petition for rehearing on February 2, 2023.

On May 31, 2023, Judge Sullivan "request[ed] that Magistrate Judge Faruqui address the need for any supplemental briefing and a determination of whether and to what extent the Report and Recommendation should be updated."  Minute Order (May 31, 2023).  Following that order,

Magistrate Judge Faruqui set a status conference for October 10, 2023, and asked the parties to come "prepared to address how supplemental briefing before Magistrate Judge Faruqui will proceed." Minute Order (Sept. 19, 2023).

Before the status conference, Plaintiffs stated their intent to seek leave to file a Second Amended Complaint ("SAC"). Dkt. 165. At the hearing, Magistrate Judge Faruqui instructed Plaintiffs to file a motion for leave to amend under Federal Rule of Civil Procedure 15(a)(2) by November 27, 2023. Dkt. 169, at ¶ 1. The parties also agreed, and Magistrate Judge Faruqui ordered, that within 14 days of his resolution of Plaintiffs' motion for leave to amend, the parties would propose a schedule and structure for further briefing regarding either the SAC (if leave were granted) or the R&R on the FAC (if leave were denied). *Id*. at ¶ 4.

On November 27, 2023, Plaintiffs filed their motion for leave to amend, attaching a proposed SAC. Dkt. 171. Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan (the "MTN Defendants") partially opposed Plaintiffs' motion, Dkt. 173, while the other Defendants did not oppose it, Dkt. 172. On December 18, 2023, the parties finished briefing on that motion, which remains pending. Dkt. 174.

On June 30, 2023, the defendants in *Atchley* petitioned the Supreme Court for certiorari. On October 2, 2023, the Supreme Court called for the views of the Solicitor General on the *Atchley* defendants' petition. The Solicitor General has not yet filed her brief, and the certiorari petition remains pending.

## II.    JOINT PROPOSAL

The parties do not believe that a stay is necessary due to the pending *Atchley* certiorari petition. As noted above, the parties were prepared to proceed with renewed motions practice in their last submission to Magistrate Judge Faruqui, following the D.C. Circuit's *Atchley* opinion and the Supreme Court's May 18, 2023 opinion regarding secondary liability under the Anti-

2

Terrorism Act in *Twitter, Inc. v. Taamneh*, 598 U.S. 471 (2023).  However, the parties recognize that the Court may find that it is in the interests of judicial economy to await the outcome of the certiorari petition in *Atchley* before entertaining further motion-to-dismiss briefing.  The parties ultimately defer to the Court's preference as to whether and to what extent to do so.

If the Court does determine to await *Atchley* before the parties resume motion-to-dismiss briefing, Plaintiffs respectfully request that the Court proceed to resolve Plaintiffs' pending motion to file the proposed SAC.  As noted above, that motion is fully briefed, the majority of Defendants do not oppose it, and the MTN Defendants' opposition is on grounds unrelated to the issues in *Atchley*.  Plaintiffs believe that postponing resolution of that motion will unnecessarily delay the case, and that deciding it now will enable the case to move forward promptly once the *Atchley* petition is resolved.  Defendants have no objection if the Court wishes to decide Plaintiffs' motion for leave to amend during a stay, but defer to the Court's preference as to when to do so.

If the Court does rule on the motion for leave to amend before the *Atchley* certiorari petition is resolved, the parties respectfully suggest that the Court order that the timing of the parties' submission of their proposed schedule and structure for further briefing relating to the operative complaint be determined as follows:

1. If the Supreme Court denies certiorari in *Atchley*, within 14 days of the order denying certiorari;

2. If the Supreme Court grants, vacates, and remands in *Atchley*, within 14 days of the D.C. Circuit's panel decision on remand; or

3. If the Supreme Court grants plenary review in *Atchley*, within 14 days of the Supreme Court's merits decision.

Dated:  January 31, 2024

Respectfully submitted,

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC**

By:  /s/ *Joshua D. Branson*
          Joshua D. Branson

Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 1500407)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com

*Counsel for Plaintiffs*

**BAKER BOTTS LLP**

By:      /s/ Andrew M. Lankler
            Andrew M. Lankler

Andrew M. Lankler (admitted *pro hac vice*)
Brendan F. Quigley (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 408-2516
Facsimile: (212) 259-2516
andrew.lankler@bakerbotts.com

William H. Jeffress (D.C. Bar No. 041152)
Vern Cassin (D.C. Bar No. 998743)
700 K St., N.W.
Washington, D.C. 20004
Telephone: (202) 639-7751
Facsimile: (202) 639-7890
william.jeffress@bakerbotts.com

*Counsel for Defendant Black & Veatch Special Projects Corporation*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:    /s/ Meghan Ann McCaffrey
          Meghan Ann McCaffrey

Meghan Ann McCaffrey (D.C.D. Bar No. 993442)
1300 I Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
meghanmccaffrey@quinnemanuel.com


**WHITE & CASE LLP**

By:    /s/ Tara M. Lee
          Tara M. Lee

Tara M. Lee (D.C. Bar No. MD17902)
Nicolle Kownacki (D.C. Bar No. 1005627)
701 Thirteenth St., NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
tara.lee@whitecase.com
nkownacki@whitecase.com

*Counsel for Defendant Centerra Group, LLC*


**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:    /s/ David W. Bowker
          David W. Bowker

David W. Bowker (D.C. Bar # 989309)
Catherine M.A. Carroll (D.C. Bar # 497890)
Leon T. Kenworthy (D.C. Bar # 1045105)
Donna M. Farag (D.C. Bar # 90006157)
2100 Pennsylvania Avenue NW

5

Washington, DC 20037
Tel. (202) 663-6000
david.bowker@wilmerhale.com
Catherine.Carroll@wilmerhale.com
leon.kenworthy@wilmerhale.com
donna.farag@wilmerhale.com

*Counsel for Defendant Chemonics International, Inc.*

**WILLIAMS & CONNOLLY LLP**

By:  /s/ Christopher N. Manning
       Christopher N. Manning

Kevin M. Downey (D.C. Bar. # 438547)
Christopher N. Manning (D.C. Bar # 464069)
John M. McNichols (D.C. Bar # 490479)
Brian T. Gilmore (D.C. Bar # 1030601)
680 Maine Avenue, SW
Washington, DC 20024
Tel.    (202) 434-5000
Fax.   (202) 434-5029
Email  KDowney@wc.com
          CManning@wc.com
          JMcNichols@wc.com
          BGilmore@wc.com

*Counsel for Defendant DAI Global, LLC*

**SQUIRE PATTON BOGGS (US) LLP**

By:  /s/ Mitchell R. Berger
       Mitchell R. Berger

Mitchell R. Berger (D.C. Bar No. 385467)
Alexandra E. Chopin (D.C. Bar No. 490736)
2550 M Street, NW
Washington, DC 20037
(202) 457-5601 (Berger)
(202) 457-5623 (Chopin)
mitchell.berger@squirepb.com
alexandra.chopin@squirepb.com

6

*Counsel for Defendant Environmental Chemical Corporation*

**WILEY REIN LLP**

By: /s/ Mark B. Sweet
      Mark B. Sweet

Stephen J. Obermeier (D.C. Bar # 979667)
Mark B. Sweet (D.C. Bar # 490987)
2050 M Street NW
Washington, DC 20036
Phone: 202.719.7000
Fax: 202.719.7049
sobermeier@wiley.law
msweet@wiley.law

*Counsel for Defendants G4S Holdings International (AG) Limited, G4S Risk Management Limited*

**FOLEY & LARDNER LLP**

By: /s/ Paul R. Monsees
      Paul R. Monsees

Paul R. Monsees (DC Bar # 367138)
Lori Rubin Garber (DC Bar # 1004240)
Olivia S. Singelmann (DC Bar# 1016299)
3000 K Street N.W.
Suite 600
Washington, DC   20007
(202) 672-5342 (Monsees)
(202) 295-4760 (Rubin)
(202) 295-4146 (Singelmann)
pmonsees@foley.com
Lori.Garber@foley.com
osingelmann@foley.com

*Counsel for Defendants International Relief and Development, Inc., Blumont, Inc., and Blumont Global Development, Inc.*

7

**DAVIS POLK & WARDWELL LLP**

By: /s/ Paul S. Mishkin
    Paul S. Mishkin

Paul S. Mishkin (D.D.C. Bar No. NY0537)
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4292; Fax: (212) 701-5292
paul.mishkin@davispolk.com

*Counsel for Janus Global Operations LLC*

**KIRKLAND & ELLIS LLP**

By: /s/ K. Winn Allen, P.C.
    K. Winn Allen, P.C.

Hariklia Karis, P.C. (admitted *pro hac vice*)
Jeffrey L. Willian, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2257
Facsimile: (312) 862-2200
jeffrey.willian@kirkland.com
hkaris@kirkland.com

K. Winn Allen, P.C. (D.C. Bar No. 1000590)
Alexandra I. Russell (D.C. Bar No. 1023745)
(admitted *pro hac vice*)
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-5078
Facsimile: (202) 389-5200
winn.allen@kirkland.com
alexandra.russell@kirkland.com

**BLANK ROME LLP**

David M. Nadler (D.C. Bar No. 402705)
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-2200

8

Facsimile: (202) 379-2201
dnadler@blankrome.com

Frank A. Dante (admitted *pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5645
Facsimile: (215) 832-5642
dante@blankrome.com

*Counsel for Louis Berger Group, Inc. and Louis Berger International, Inc.*

**BAKER BOTTS LLP**

By:    /s/ Vernon Cassin
         Vernon Cassin

Vernon Cassin (D.C. Bar No. 998743)
700 K Street, N.W.
Washington, D.C. 20001

**KIRKLAND & ELLIS LLP**

K. Winn Allen, P.C. (DC Bar No. 1000590)
1301 Pennsylvania Ave N.W.
Washington, DC 20004

*Counsel for Louis Berger Group, Inc. / Black & Veatch Special Projects Corporation Joint Venture*

**COVINGTON & BURLING LLP**

By:    /s/ John E. Hall
         John E. Hall

John E. Hall (D.C. Bar No. 415364)
David M. Zionts (D.C. Bar No. 995170)
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987

9

Facsimile: (202) 778-5987
jhall@cov.com
dzionts@cov.com
jmoran@cov.com

Benjamin S. Haley (D.C. Bar No. 500103)
Covington & Burling (Pty) Ltd.
Rosebank Link
173 Oxford Road, 7th Floor
Johannesburg 2196, South Africa
Telephone: +27 (11) 944-6914
Facsimile: (202) 778-5194
bhaley@cov.com


**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By:    /s/ Timothy P. Harkness
       Timothy P. Harkness

Timothy P. Harkness (D.D.C. Bar No. NY0331)
Kimberly H. Zelnick (D.D.C. Bar No. NY0325)
Scott A. Eisman (D.D.C. Bar No. NY0326)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
scott.eisman@freshfields.com

*Counsel for Defendants MTN Group Limited, MTN (Dubai) Limited, and MTN Afghanistan*