IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, et al.,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORATION, et al.,<br><br>  *Defendants*. | Case No.: 1:19-CV-03833-LLA |

**NOTICE OF CHANGE OF CONTACT INFORMATION AND FIRM AFFILIATION**

  PLEASE TAKE NOTICE that Alexandra E. Chopin, counsel for Defendant Environmental Chemical Corporation, provides notice that she is now affiliated with Winston & Strawn LLLP.  Ms. Chopin's new affiliation and contact information is below:

  Winston & Strawn LLP
  1901 L Street, N.W.
  Washington, D.C. 20036-3506
  Phone 202-282-5027
  Email: achopin@winston.com

Respectfully submitted this 23rd day of December 2024.

              Winston & Strawn LLP


              By: *s/Alexandra E. Chopin*
                Alexandra E. Chopin
                1901 L Street, N.W.
                Washington, DC 20006-3506
                Telephone: 202-282-5027
                Email: achopin@winston.com

              *Counsel for Defendant Environmental Chemical Corporation*