**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-03833-LLA<br><br>Hon. Loren L. AliKhan |

**NOTICE TO THE COURT REGARDING THE UNITED STATES' PARTICIPATION TO DEFEND JASTA**

The United States of America hereby submits this Notice to advise the Court that the United States will participate in these proceedings to defend the constitutionality of the Justice Against Sponsors of Terrorism Act (JASTA), Pub. L. No. 114-222, 130 Stat. 852 (2016). The United States will file its memorandum of law in support of JASTA's constitutionality by November 9, 2026, two weeks from today.

Date: October 26, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5980
E-mail: christian.r.dibblee@usdoj.gov

*Counsel for the United States*